# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Victor Donnell Fields, | Case No. 0:17-cv-2662-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Sharon Henry, et al., | |
| Defendant. | |

Pursuant to Local Rule 5.6, the parties filed a Joint Motion Regarding Continued Sealing for documents filed under temporary seal in connection with the defendant's Motion for Judgment on the Pleadings and for Summary Judgment. (Joint Mot., ECF No. 179.) The parties were unable to confer on the continued sealing of the documents due to Mr. Fields's incarcerated status; however, Mr. Fields has not objected to or notified the defendants of any disagreement with the continued sealing of the documents at issue. (Joint Mot. at 3 n.1.) The defendants believe that the documents at issue should remain sealed because there is private medical information throughout the memoranda and attached exhibits. (Joint Mot. at 3.) Having reviewed these documents, the Court concludes that they should remain sealed.

Accordingly, **the Clerk is directed to keep ECF Nos. 162, 165, and 176 sealed**.

Date: August 23, 2019

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge
